Jacksonville, FL 32207
[844]MDA–BAPTIST [844]

KING, SHERRY L

Medical Record Number: 3602764
Gender: Female
DOB: 05/14/1962

| Location | Date | Time | Appt Type | Scheduled With |
|---|---|---|---|---|
| BMDACC 5th Floor Clinic 1<br>1301 Palm Avenue Jacksonville, FL 32207 | 02/09/22 | 09:00:00 am | BMDA Established Visit | Barrow, Britney P  P |

**Preparations**

Please arrive 30 minutes prior to your appointment. This will allow for the Nurse or MA to get all your information for the provider to be ready to see you at your scheduled appointment time.

Bring Medications in their bottles/package so we can enter all information accurately.

Please bring or have your physician fax to our office any previous medical records including any lab/radiology test results that you may have which are pertaining to this visit.