# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE# 5:21CR00009 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Charles Michael King | ) | |

## ORDER GRANTING TRAVEL

**Charles Michael King,** through undersigned counsel, having filed his Unopposed Motion to Permanent Travel to Medical Appointment and having served all parties thereto:

IT IS HEREBY ORDERED that said Motion to Permit Travel to Medical Appointment is **GRANTED.** All other conditions of release remain unmodified.

The defendant shall be permitted to travel with his spouse to her medical appointment scheduled for February 09, 2022, at 9:00 a.m. at the Baptist MD Anderson Cancer Center located at 1301 Palm Avenue, Jacksonville, Florida 32207. At the conclusion of the scheduled appointment, the defendant shall promptly return back to the Southern District of Georgia.

Signed this ____ day of January 2022.

_____
Benjamin W. Cheesbro
United States Magistrate Judge
Southern District of Georgia