**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE# 5:21CR00009 |
| ) | |
| vs.  ) | |
| ) | |
| ) | |
| Charles Michael King ) | |
| *Defendant* | |

**MOTION TO PERMIT TRAVEL**

Comes now, the above named defendant, Charles Michael King and files this Motion to permit travel and shows the Court the following:

a. Charles Michael King is currently on a pretrial release in the above-referenced case.

b. An order setting conditions of release was signed by Judge Benjamin W. Cheesbro on November 23, 2021. [Document 126]

c. Under the additional conditions of release section in the order setting conditions of release [Document 126], in paragraph 7, subsection (f): "Travel is Restricted to the Southern District of Georgia"

d. Defendant respectfully requests to be able to travel to accompany his family from July 2, 2022, to July 9, 2022, to The Ocean Gallery Condominiums located at 4600 A1A S #7440, St. Augustine Florida 32080 for their family vacation.

e. The defendant is not asking to modify any other conditions of pretrial release and Defendant will continue to abide by all conditions of pretrial release as ordered.

WHEREFORE, the defendant, Charles Michael King prays that his Motion to Permit Travel be Granted.

Respectfully submitted this 2nd day of June 2022

/S/Jack M. Downie
**JACK M. DOWNIE**
Georgia Bar # 813753
Post Office Box 926
Vidalia, Georgia 30475
(912) 537-9265

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE# 5:21CR00009 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Charles Michael King | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

Respectfully submitted this 2nd day of June 2022

/S/Jack M. Downie
**JACK M. DOWNIE**
Georgia Bar # 813753
Post Office Box 926
Vidalia, Georgia 30475
(912) 537-9265