# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE# 5:21CR00009 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Charles Michael King | ) | |

## ORDER GRANTING TRAVEL

**Charles Michael King,** through undersigned counsel, having filed his Motion to Permanent Travel to and having served all parties thereto:

IT IS HEREBY ORDERED that said Motion to Permit Travel to is **GRANTED.** All other conditions of release remain unmodified.

The defendant shall be permitted to travel with his family to their family vacation scheduled for July 02, 2022, through July 9, 2022, located at 4600 A1A S #7440, St. Augustine Florida 32080. At the conclusion of the scheduled time frame, the defendant shall promptly return back to the Southern District of Georgia.

Signed this _____ day of June 2022.

_____
Benjamin W. Cheesbro
United States Magistrate Judge
Southern District of Georgia