# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE# 5:21CR00009 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Charles Michael King | ) | |

## ORDER GRANTING TRAVEL

**Charles Michael King,** through undersigned counsel, having filed his Motion to Permanent Travel to and having served all parties thereto:

IT IS HEREBY ORDERED that said Unopposed Motion to Permit Travel to is **GRANTED.** All other conditions of release remain unmodified.

The defendant shall be permitted to travel with his family to Inglewood California scheduled for January 08, 2023, through January 10, 2023. At the conclusion of the scheduled time frame, the defendant shall promptly return back to the Southern District of Georgia.

Signed this _____ day of January 2023.

_____
Benjamin W. Cheesbro
United States Magistrate Judge
Southern District of Georgia