IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE# 5:21CR00009 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Charles Michael King | ) | |

## MOTION FOR LEAVE OF ABSENCE

Comes now, the undersigned attorney, **JACK MORRIS DOWNIE**, and files his Motion for Leave of Absence pursuant to LR 83.9 of the United States District Court for Southern District of Georgia and shows the Court the following:

1. June 26 & 27, 2023 for a Specially Set Jury Trial in Emanuel County.

WHEREFORE, **JACK MORRIS DOWNIE** prays that his Motion be granted.

Respectfully submitted,
On this 28th day of April 2023

                                                                **/S/**Jack M. Downie Sr.
                                                                **JACK M. DOWNIE Sr.**
                                                                Georgia Bar # 813753

Post Office Box 926
Vidalia, Georgia 30475
(912) 537-9265
jack@downielaw.net

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE# 5:21CR00009 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Charles Michael King | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

Respectfully submitted,
On this 28th day of April 2023

/**S**/Jack M. Downie Sr.
**JACK M. DOWNIE Sr.**
Georgia Bar # 813753

Post Office Box 926
Vidalia, Georgia 30475
(912) 537-9265
jack@downielaw.net