UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
CLERKS MINUTES

---

CASE NO. 5:21-cr-9                                              DATE: 6/2/2023

TITLE: United States of America v. Maria Leticia Patricio, et al.

HONORABLE BENJAMIN W. CHEESBRO      COURTROOM DEPUTY: KIM MIXON

COURT REPORTER: N/A        TIME: 10:00 a.m.-10:28 a.m.   TOTAL: 28 minutes

---

**PLAINTIFF:**

United States of America

**DEFENDANTS:**

Maria Leticia Patricio
Antonio Chavez Ramos
Margarita Rojas Cardenas
Charles Michael King
Daniel Mendoza
Delia Ibarra Rojas
Enrique Duque Tovar
Esthar Ibarra Garcia
Gumara Canela
JC Longoria Castro
Juan Francisco Campos
Juana Ibarra Carrillo
Linda Jean Facundo
Nere Rene Carrillo Najarro
Rosalva Garcia Martinez
Donna Michelle Rojas
Carla Yvonne Salinas
Brett Donavan Bussey

**COUNSEL FOR PLAINTIFF:**

Tania Groover

**COUNSEL FOR DEFENDANTS:**

Juanita Holsey
Jessica Stern
Brian Fenton McEvoy
Jack Downie
Kimberly Copeland
Katie Brewington
DeLeigh Poole
Whitney Johnson
Graham Floyd
Brian Tanner
Paul Kish
William Joseph Turner
Kathy Griffin

Tina Maddox
E. Jay Abt
Dennis O'Brien
Tom Withers

**TELEPHONIC STATUS CONFERENCE**

**Telephonic Status Conference regarding discovery and scheduling.**
**Court reviews current schedule in the case.**
**Government provides update on production of discovery materials. Government has provided discovery to Defendants' Discovery Coordinating Attorney, Russell M. Aoki. Mr. Aoki is in the process of loading all materials produced by the Government into a**

**searchable database, which then be made available to all defense counsel. Mr. Aoki estimates the process to be complete by mid to late June.**

**Mrs. Groover states the database used by the discovery defense coordinator, CaseLink, may have been hacked. The extent of the attack is unknown at this time, and is unclear if the hack exposed data related to this specific case or was a general attack.**

**Court addresses each participating defense attorney.**

**Defense counsel Juanita Holsey requests additional time to file pretrial motions based on Government's time frame of the production of the load file. All defense attorneys (except Tom Withers on behalf of Defendant Bussey) join in the request for additional time for filing pretrial motions. Some defense attorneys seek a pretrial motions deadline in October. Court will take matter under advisement.**

**As to Defendant Brett Donavan Bussey's Motion for Identification of the Specific Documents Which the Government Expects to Introduce in Its Case-In-Chief at Trial, doc. 549, the Court intends to conduct an in-person hearing on the motion. Mrs. Groover is coordinating with defense attorneys and will provide available dates for the hearing. A representative from the Government's electronic discovery team will participate in the hearing, as will the appointed defense coordinating attorney.**

**Defendants themselves are not required to participate but are permitted.**

**Court instructs parties to continue to confer on availability for hearing. Parties are to file their Joint Status Report by close of business on June 8, 2023. The Joint Status Report shall include available dates for hearing, whether there are any named Defendants who plan to attend the hearing, whether an interpreter is necessary to be present for any attending Defendant, and whether any party is seeking to attend the hearing by video.**