# United States District Court
## SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **CR521-9**

United States of America

vs.

**Charles Michael King**

**10:06 - 10:55**

Defendant/Age

**Tania Groover**
U. S. Attorney

**Jack Downie, Sr.**
Attorney for Defendant

- [✓] Plea agreement **(Received).**
- [✓] Defendant Sworn
- [ ] Counsel Waived.
- [ ] Plea agreement previously filed.
- [ ] Arraigned and plead _____ to count(s) _____.
- [✓] Plea of not guilty withdrawn and plea of **Guilty** entered as to count(s) **Count one (1)** of the indictment.
- [✓] Factual basis **Established.** **Oral.** **Plea Accepted** Witness for factual basis **S/A Borup**.
- [✓] Adjudication of guilt **Made.**
- [✓] Referred to probation office for pre-sentence investigation **Yes.**
- [✓] Sentencing Scheduled for **Later date** at **TBD**.
- [✓] Bond Continued **Yes.** Bond modified to _____.
- Bond set at _____ _____
- [ ] Bond not made defendant in jail.
- [ ] Defendant remanded to custody of United States Marshal.

Honorable **Lisa Godbey Wood, U. S. District Court Judge**  Date **07/18/2023**
Court Reporter **Debra Gilbert**  Probation Officer **Kristina Renfroe**
Courtroom Deputy Clerk **Whitney Sharp**  U.S. Marshal