# In the United States District Court for the Southern District of Georgia Waycross Division

```
UNITED STATES OF AMERICA

v.
                                            No. CR521-9
CHARLES MICHAEL KING.
```

### ORDER

The Court ORDERS the United States Probation Office to file the Initial Presentence Investigation Report (PSR) as to Charles Michael King on the record. Counsel will only receive PSR reports electronically via CM/ECF and will not receive a paper copy of any report. The Court ORDERS counsel and the parties to maintain the confidentiality of the PSR and any objections and addenda thereto. The PSR and any objections and addenda thereto should only be disclosed to and reviewed by Defendant, counsel for Defendant, and United States Attorney's Office, the United States Probation Office, and the Court. If Defendant is detained, defense counsel may print a copy of the Presentence Investigation Report and any addenda thereto to review with Defendant. However, counsel shall not leave a copy of the Presentence Investigation Report and any

addenda thereto with a detained defendant. Should counsel desire to leave the Presentence Investigation Report or a portion thereof with a detained defendant, counsel must file a motion with the Court. The Court ORDERS counsel for each party to state in writing within 14 days after receiving the Initial Presentence Investigation Report, and file on the record in a restricted manner any objections to the Report, including objections to material information, sentencing guideline ranges, and policy statements contained in or omitted from the Report. If any party has no objections, the party shall file a written statement of no objections on the record in a restricted manner within 14 days of receiving the Initial Report. To be clear, within 14 days of receiving the Initial Report, counsel must state in writing and file on the record in a restricted manner whether the party has objections or does not have objections to the Report.

**SO ORDERED**, this 18th day of July, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA