IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 5:21-CR-009-9 |
| | ) | |
| CHARLES MICHAEL KING | ) | |

**MOTION TO APPROVE PRELIMINARY ORDER OF FORFEITURE**

COMES NOW the United States of America, by and through Jill E. Steinberg, the United States Attorney for the Southern District of Georgia and Assistant United States Attorney Tania Groover and respectfully requests that this Court approve the attached Preliminary Order of Forfeiture.

This 24th day of October 2023.

Respectfully Submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

/s/ *Tania Groover*
Tania Groover
Deputy Chief, Criminal Division
Assistant United States Attorney
Georgia Bar No. 127947

P.O. Box 8970
Savannah GA 31412
Tania.groover@usdoj.gov
912-652-4422