| SENTENCING MINUTES | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF GEORGIA WAYCROSS DIVISION | JUDGE: LISA GODBEY WOOD DATE: 10/25/2023 |
|---|---|---|

**CRIMINAL CASE NO. CR 521-9**
**UNITED STATES OF AMERICA VS. Charles Michael King**

COURTROOM DEPUTY  SHARP                    COURT REPORTER  GILBERT

ATTORNEY(S) FOR THE GOVERNMENT:           ATTORNEY(S) FOR THE DEFENDANT:
 Greg Gilluly                              Jack Downie

U.S. PROBATION OFFICER:                   DEFENDANT SENTENCED ON COUNT(S)
 Renfroe                                   1

[X] Presentence Report Reviewed In Full   Custody  12 months + 1 day  Months B.O.P.
[ ] Objections to Factual Basis           Probation  none
[ ] Objections To Guidelines Calculations  Supervised Release  3  Years
[ ] Changes Ordered in Factual Basis/Calculations   Special Conditions  as directed by the court
[X] No Changes Ordered                    Fine $  no fine
[X] Findings Of The Court                 Restitution $  83,135.92 (Interest waived)
                                          Special Assessment $  100

Total Offense Level  26                   To Be Paid  as directed by the court
Criminal History  I                       Community Service  none
Guideline Range  63-78 months             Facility Recommended  _____
Supervised Release  1-3 years             Defendant Remanded To The USM  No
Fine  25,000-250,000                      Voluntary Surrender  Yes - within 30 days
Special Assessment  $100                  To USM [X]   To Facility [ ]
No  Minimum - 20 Years  Maximum           Appeal Waiver  [X]
[ ] Witnesses Testify                     Sentencing Memo/Motions Reviewed  [X]
[X] Statements Of Counsel                 Motions Granted  [X]   Restitution  83,135.92
[X] Statements By Defendant
[X] Sentence Pronounced

U.S. Deputy Marshal  Marty                Time  10:30  to  11:03  Total  33 Mins.
Court Security Officer  Greene