**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal Case No. 5:21-CR-009-9** |
| | ) | |
| **CHARLES MICHAEL KING** | ) | |

## DECLARATION OF PUBLICATION

1.　　I am an Assistant United States Attorney, and I represent the United States in this action.

2.　　As required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure and as evidenced by Exhibit A hereto, Notice of Criminal Forfeiture was posted on www.forfeiture.gov, an official government website, for 30 consecutive days, beginning on October 31, 2023.

3.　　I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of December 2023.

JILL E. STEINBERG
UNITED STATES ATTORNEY

By:　*/s/ Tania D. Groover*
Tania D. Groover
Assistant United States Attorney
Georgia Bar No. 127947
Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 652-4422
Email: tania.groover@usdoj.gov