UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES MICHAEL KING<br><br>Defendant. | ) | Case Number: 5:21-CR-009-09 |

AMENDED ORDER OF RESTITUTION

This matter came before the Court on the Government's Motion for an Amended Order of Restitution (Doc. 1482) requesting an order that all payments received from Defendant Charles Michael King, up to $62,855.92 of the restitution ordered be applied jointly and severally to the restitution ordered in *United States v. Daniel Mendoza, 5:21-CR-009-02* (Doc. 1110).

Based upon the Government's Motion and all the files and records of the proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Government's Motion for an Amended Order of Restitution is **GRANTED**; and,

2. The Clerk of Court is directed to apply any sums received from Defendant Charles Michael King, up to $62,855.92, jointly and severally towards the restitution obligation imposed on Defendant Daniel Mendoza in case 5:21-CR-009-02 (Doc. 1110, at 5-6). All other language on the restitution and forfeiture page in the original sentencing order shall remain the same.

**SO ORDERED** this 16 day of October, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA